IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| RAVEN LEIGERTWOOD, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 11-5457 |
| | : | |
| v. | : | |
| | : | |
| VIOLA LEIGERTWOOD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

**AND NOW**, this   7th   day of May, 2013, upon consideration of the Motion for Summary Judgment file by Plaintiff, Raven Leigertwood (Doc. No. 22), and the Response in Opposition to the Motion for Summary Judgment filed by Defendant, Viola Leigertwood (Doc. No. 23), and the Replies and Supplements thereto, it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Seek Sanctions Under Federal Rule of Civil Procedure 11(C) (Doc. No. 24) is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE